IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE MORRIS KNITTEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 13-3499 |
| | : | |
| **CAROLYN COLVIN,** Acting | : | |
| Commissioner of Social Security | : | |

## ORDER

**AND NOW**, this 7th day of April, 2014, upon careful and independent consideration of Plaintiff's Request for Review and the response thereto, along with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Commissioner's decision is **REVERSED**, the relief requested by Plaintiff is **GRANTED**, and the matter is **REMANDED** so that the Administrative Law Judge can explicitly consider Plaintiff's moderate limitation in concentration, persistence or pace when determining Plaintiff's residual functional capacity, when posing a hypothetical question to the vocational expert and at steps four and five of the sequential evaluation process.

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**